```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                       Criminal No. 10-cr-86-01-JL

<u>Jali Medina-Perez</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8 ) filed by defendant is granted; Final Pretrial is rescheduled to September 3, 2010 at 09:00; Trial is continued to the two-week period beginning September 8, 2010, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                /s/ Joe Laplante
                                                Joseph N. Laplante
                                                United States District Judge

Date:  July 22, 2010

cc:   Jessica C. Brown, AFD
       Mark S. Zuckerman, AUSA
       U.S. Marshal
       U.S. Probation